FILED
June 6, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00085-JDP |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JESSICA TANG | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JESSICA TANG  Case No. 2:22-mj-00085-JDP  Charges  18 USC § 1341  from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

   X      Unsecured Appearance Bond $  50,000 co-signed by John Tang

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

\_\_\_\_\_   (Other): \_

Issued at Sacramento, California on June 6, 2022 at 2:00 PM

Dated:  June 6, 2022

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE