PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00137-JAM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: June 27, 2022 |
| JESSICA TANG, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for arraignment on June 27, 2022.

2. By this stipulation, defendant now moves to continue the arraignment until **July 1, 2022**.

3. Defense counsel is unable to appear on June 27, 2022. The defendant is presently out of custody and subject to pretrial supervision.

IT IS SO STIPULATED.

///

///

///

///

STIP AND PROPOSED ORDER    1

Dated:  June 27, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated:  June 27, 2022

/s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Counsel for Defendant
JESSICA TANG

**ORDER**

IT IS SO ORDERED

Dated: June 27, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE