THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>QUITEN GIOVANNI MOODY,<br>MYRA BOLECHE MINKS, AND<br>JESSICA TANG,<br><br>  Defendants | Case No.: 2:22-CR-00137-JAM<br><br>STIPULATION AND ORDER FOR<br>TEMPORARY RETURN OF PASSPORT |

Defendant Jessica Tang requests that the Clerk of the District Court temporarily release her passport to her and her attorney, Thomas A. Johnson, between August 11, 2023 and August 29, 2023 for a trip to Spain. The United States has agreed to this request and hereby stipulates to her passport being released on August 11, 2023, and returned by August 29, 2023.

**IT IS SO STIPULATED.**

DATED:  July 11, 2023                              PHILIP A. TALBERT
                                                   United States Attorney

                                                    /s/ JUSTIN L. LEE
                                                   JUSTIN L. LEE
                                                   Assistant U.S. Attorney

STIPULATION AND ORDER                              - 1 -

DATED: July 11, 2023

    /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Jessica Tang

## **ORDER**

The Clerk of the Court is ordered to temporarily return Jessica Tang's passport to her and her attorney, Thomas A. Johnson, starting August 11, 2023. Ms. Tang may use the passport for the purpose of this specific trip only and is ordered to return the passport to the Clerk by August 29, 2023.

Dated: July 12, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE