THOMAS A. JOHNSON, SBN# 119203
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA  95814
Telephone: (916) 442-4022
Attorney for Jessica Tang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JESSICA TANG,<br><br>    Defendant. | Case No. 2:22-cr-00137-JAM-3<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF DEFENDANT TANG'S JUDGMENT AND SENTENCING** |

**IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES** that the Judgment and Sentencing of Jessica Tang scheduled for July 9, 2024, at 9:00 a.m. is continued to **September 10, 2024, at 9:00 a.m.** in the same courtroom.   The continuance is being requested as there is a co-defendant pending and the defendant may be called to testify in that case.   It will also allow the defense additional time to prepare for sentencing.  Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant Tang's attorney, join in this request to continue.  The PSR is in final form and there is no need to set dates for correction.

**IT IS SO STIPULATED.**

DATED:  July 1, 2024                                    PHILLIP A. TALBERT
                                                        United States Attorney

                                                        /s/ JUSTIN L. LEE
                                                        JUSTIN L. LEE
                                                        Assistant U.S. Attorney

1

DATE: July 1, 2024

   /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Jessica Tang

**ORDER**

**IT IS SO ORDERED.**

Dated: July 01, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

2