THOMAS A. JOHNSON, SBN# 119203
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA  95814
Telephone: (916) 442-4022
Attorney for Jessica Tang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JESSICA TANG,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00137-JAM-3<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

**IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES** that the **Judgment and Sentencing** of Jessica Tang scheduled for September 10, 2024, at 9:00 a.m. is **CONTINUED** to **November 19, 2024, at 9:00 a.m.** in the same courtroom.  The continuance is being requested as there is a co-defendant pending and the defendant may be called to testify in that case.  It will also allow the defense additional time to prepare for sentencing.  In addition, counsel for the defendant is currently undergoing a medical issue that should resolve in the next 60 days.  Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant Tang's attorney, join in this request to continue.  The PSR is in final form and there is no need to set dates for correction.

**IT IS SO STIPULATED.**

1

| | |
|---|---|
| DATED: September 13, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant U.S. Attorney |
| DATE: September 13, 2024 | /s/ Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Jessica Tang |

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated: September 13, 2024 | /s/ John A. Mendez<br>THE HONORABLE JOHN A. MENDEZ<br>SENIOR UNITED STATES DISTRICT JUDGE |