MICHELE BECKWITH
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JESSICA TANG,<br><br>        Defendant. | CASE NO. 2:22-cr-00137-JAM-3<br><br>**FOURTH STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>DATE: November 19, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for Judgment and Sentencing on November 19, 2024.

2. By this stipulation, the parties jointly request to continue Judgment and Sentencing until **June 03, 2025, at 9:00 a.m.**, based on the unavailability of defense counsel.

3. The parties agree and stipulate to the following:

    a) Counsel for the defendant has a jury trial in El Dorado County Superior Court in People v. Alan Andrus, case number P20CRF0225, beginning on March 11, 2025.

///

///

///

        b)    The Final PSR is complete.

        c)    The assigned Probation Officer is available on June 3, 2025.

IT IS SO STIPULATED.

Dated: March 3, 2025                              MICHELE BECKWITH
                                                    Acting United States Attorney

                                                    /s/ JUSTIN L. LEE
                                                    JUSTIN L. LEE
                                                    Assistant United States Attorney

Dated: March 3, 2025                              /s/ THOMAS A. JOHNSON
                                                    THOMAS A. JOHNSON
                                                    Counsel for Defendant
                                                    Jessica Tang

## ORDER

IT IS SO ORDERED.

Dated: March 03, 2025                            /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    SENIOR UNITED STATES DISTRICT JUDGE