1  MICHELE BECKWITH
   Acting United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,      | CASE NO. 2:22-cr-00137-JAM-3
12 |              Plaintiff,         | **ORDER SEALING DOCUMENTS AS SET FORTH IN UNITED STATES'S NOTICE**
13 |       v.                        |
14 | JESSICA TANG,                   |
15 |              Defendant.         |

16

17      Pursuant to Local Rule 141(b) and based upon the representations contained in the
18 United States's Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518
19 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that the three-page document
20 pertaining to defendant Jessica Tang, and United States's Request to Seal shall be
21 SEALED until further order of this Court.
22      It is further ordered that access to the sealed documents shall be limited to the
23 United States and counsel for the defendant.
24
25  Dated: May 27, 2025          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
26                               SENIOR UNITED STATES DISTRICT JUDGE
27
28