THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JESSICA TANG, ET AL.,<br><br>        Defendants. | Case No.: 2:22-CR-00137-JAM<br><br>STIPULATION AND ~~PROPOSED~~<br>ORDER FOR RETURN OF PASSPORT |

Defendant Jessica Tang requests that the Clerk of the District Court release her passport to her and her attorney, Thomas A. Johnson. The case has concluded, and Ms. Tang is on supervised release. The conditions of her supervised release are being monitored by the United States Probation department.

**IT IS SO STIPULATED.**

DATED: November 17, 2025          ERIC GRANT
                                  United States Attorney

                                   /s/ JUSTIN L. LEE
                                  JUSTIN L. LEE
                                  Assistant U.S. Attorney


DATE: November 17, 2025

                                   /s/ Thomas A. Johnson
                                  THOMAS A. JOHNSON
                                  Attorney for Jessica Tang

STIPULATION AND ORDER                    - 1 -

## ORDER

The Clerk of the Court is ordered to return Jessica Tang's passport to her and her attorney, Thomas Johnson.

IT IS SO ORDERED.

Dated:   November 17, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE